UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA  :  Crim. Nos. 06-918 (JLL)

v.  :  Hon. Jose L. Linares,
United States District Judge

JOSEPH VACCA  :  <u>ORDER</u>

This matter having come before the Court on the motion of defendant Joseph Vacca, pro se, for an order terminating his probation; and the United States of America (Paul J. Fishman, United States Attorney, by James B. Nobile, Assistant U.S. Attorney, appearing) having opposed this motion; and the Court having read the submissions of the parties and having reviewed the record in this matter; and for good cause shown,

It is on this 10+ day of February, 2011

ORDERED that defendant Joseph Vacca's motion to terminate his probation be denied.

HON. JOSE L. LINARES
United States District Judge